IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BO ZHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IKEA NORTH AMERICA SERVICES, LLC, et al.,<br><br>　　　　Defendants. | Case No.  24-cv-01641-MMC<br><br>**ORDER TO SHOW CAUSE** |

　　　　On December 1, 2025, plaintiff electronically filed his "Opposition to Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint."  Plaintiff has again failed, however, to comply with the Court's Standing Orders, which require courtesy copies of filed documents to "be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing." See Standing Orders for Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　On four prior occasions, the Court has advised plaintiff of his failure to comply with the Court's Standing Orders in connection with earlier-filed documents (see Doc. Nos. 25, 35, 53, and 73) and, on more than one occasion, plaintiff has been informed that his failure to comply may result in the imposition of sanctions, including but not limited to, the "striking from the record any electronically filed document for which a courtesy copy has not been timely provided to the Court." (See Doc. No. 73; see also Doc. No. 25.)

　　　　Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no

later than December 12, 2025, why the above-referenced Opposition should not be stricken and/or other sanctions imposed.

**IT IS SO ORDERED.**

Dated: December 10, 2025

MAXINE M. CHESNEY
United States District Judge

2